## Currie *against* Moore.

In the city of
*New-York*, a de-
fendant is not
entitled to
judgment as in
case of nonsuit,
for not pro-
ceeding to trial,
if it appear
that the cause
could not have
been tried in its
order on the
calendar, had it
been noticed
for trial.

IN behalf of the defendant, a motion was made for
judgment as in case of nonsuit, for not bringing this cause
to trial at the last sittings, in *New-York.*

For the plaintiff, an affidavit was read that issue was join-
ed in *March* last, and that if the cause had been noticed
for trial, it could not have been tried, as older issues
on the calendar of the sittings, were not called on in
their turn, or tried.

*Per Curiam.* The excuse is reasonable and sufficient.
The plaintiff omitted to give notice of trial at his peril ;
but the event shows that the notice would have been of
no use, and have created only an unnecessary expense and
trouble. The motion must be denied ; this must be un-
derstood, however, as applicable only to trials in the *City
of New-York*, and with a view to the known course of bu-
siness at the sittings and circuits in that place.

Rule refused.